JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAIAH JOEL PETILLO, | ) Case No. CV 16-2513-CJC (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| FRANK BOLAN et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: January 5, 2017

_____
CORMAC J. CARNEY
U.S. DISTRICT JUDGE